**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **William**<br>First name<br><br>**M**<br>Middle name<br><br>**O'Donnell**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5174** |  |

Debtor 1    **William M O'Donnell**                                    Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

**14053 Bonbury Lane**
**Orland Park, IL 60462**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   **William M O'Donnell**                                                      Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **William M O'Donnell**                                        Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

Debtor 1    **William M O'Donnell**    Case number *(if known)*

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **William M O'Donnell**                              Case number *(if known)*

---

**Part 6:**   Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.**   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.**   State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Part 7:**   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William M O'Donnell**

| **William M O'Donnell** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

Executed on   **January 25, 2016**                    Executed on _____

MM / DD / YYYY                                                          MM / DD / YYYY

Debtor 1   **William M O'Donnell**                                Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David R. Brown** _____     Date     **January 25, 2016** _____
Signature of Attorney for Debtor                                       MM / DD / YYYY

**David R. Brown**
Printed name

**Springer Brown, LLC**
Firm name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone   **630-510-0000** _____     Email address     **www.springerbrown.com** _____

_____
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William M O'Donnell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an
  amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:     Summarize Your Assets**

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.................................................. $          197,450.00

    1b. Copy line 62, Total personal property, from Schedule A/B............................................. $           70,141.75

    1c. Copy line 63, Total of all property on Schedule A/B.................................................. $          267,591.75

**Part 2:     Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* $          259,103.56

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. $                0.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $        1,409,883.33

**Your total liabilities** $        1,668,986.89

**Part 3:     Summarize Your Income and Expenses**

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*............................................... $             851.00

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*..................................................... $           6,602.00

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7.  **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **William M O'Donnell**                                          Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.          $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **William M O'Donnell** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                                12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

| **14053 Bonbury Lane** | |
|---|---|
| Street address, if available, or other description | |

| **Orland Park** | **IL** | **60462-0000** |
|---|---|---|
| City | State | ZIP Code |

| **Cook** |
|---|
| County |

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $240,000.00 | $120,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties**

☐ **Check if this is community property**
(see instructions)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **William M O'Donnell**    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**8153 S. Kenneth Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Chicago**        **IL**    **60652-0000**
City            State    ZIP Code

- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$105,000.00** | **$52,500.00** |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**joint tenancy**

**Cook**
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**2 bedroom 1 bath ranch built in 1954**
**rental income just covers property mortgage, taxes and expenses.**

---

**If you own or have more than one, list here:**

1.3

**2805 Cochrane Street**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Delavan**        **WI**
City            State    ZIP Code

- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$49,900.00** | **$24,950.00** |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fsa**

County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**rental income just covers mortgage, taxes and expenses for the property,**
**with no net income**

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>** | **$197,450.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **William M O'Donnell**                                    Case number *(if known)*

### 3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **GMC** | |

| Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Make: **GMC**
Model: **Yukon**
Year: **2002**
Approximate mileage: **207000**
Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,200.00 | $2,200.00 |

### 4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>

$2,200.00

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6.  Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

**2 bedroom sets, desk, dining room set, 3 couches, 4 cocktail tables, recliner, 55" television, 27" television, 1 kitchen set, curio cabinet, kitchenware (most between 20 and 30 years old), ordinary kitchen and laundry appliances.**

$1,500.00

### 7.  Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No
☐ Yes. Describe.....

### 8.  Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

### 9.  Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

### 10.  Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1      **William M O'Donnell**                                          Case number *(if known)*

---

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| ordinary clothing for one. | $500.00 |

---

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| wedding band | $200.00 |

---

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** | $2,200.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................

|  | **cash** | $300.00 |

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................      Institution name:

| 17.1. | **checking account at Republic Bank ending in 0129** | $34.77 |
| 17.2. | **checking account at Republic Bank ending in 0127** | $0.25 |
| 17.3. | **checking account at First Personal Bank ending in 4543** | $118.31 |

---

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................      Institution or issuer name:

---

Official Form 106A/B                          Schedule A/B: Property                                    page 4

Debtor 1    **William M O'Donnell**                                                    Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **100% stock in American Building of Chicago, Inc. (no longer operating.** | _____ % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **IRA account w/ LPL Financial - balance is negative $44.51** | **$0.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

Debtor 1    **William M O'Donnell**                                    Case number *(if known)* _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MetLife policy ending in 98UM. Death benefit is $100,000. Beneficiary is spouse** | **Mary O'Donnell** | **$14,876.13** |
| **MetLife policy ending in 16UM having a death benefit of $150,000. Beneficiary is spouse.** | **Mary O'Donnell** | **$19,625.29** |
| **MetLife term policy ending in 13ET having a death benefit of $250,000. Beneficiary is spouse.** | **Mary O'Donnell** | **$0.00** |
| **9 whole life policies with Prudential. Seven have face value of $5,000. One has face value of 10,000, and one has face value of $3,000. Spouse is beneficiary of each policy. Market value below is aggregate cash value for the nine policies.** | **Mary O'Donnell** | **$30,787.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here**...................................................................................................................    **$65,741.75**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1   **William M O'Donnell**

Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ■ No. Go to Part 6.
   - ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|----------------------------------------------------------------------------------|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---------|--------------------------------------------|

55. **Part 1: Total real estate, line 2** ..............................................................................................   **$197,450.00**

56.   **Part 2: Total vehicles, line 5**                                            **$2,200.00**

57.   **Part 3: Total personal and household items, line 15**                       **$2,200.00**

58.   **Part 4: Total financial assets, line 36**                                  **$65,741.75**

59.   **Part 5: Total business-related property, line 45**                             **$0.00**

60.   **Part 6: Total farm- and fishing-related property, line 52**                    **$0.00**

61.   **Part 7: Total other property not listed, line 54**                    +        **$0.00**

62.   **Total personal property.** Add lines 56 through 61...        **$70,141.75**    Copy personal property total       **$70,141.75**

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62        **$267,591.75**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **14053 Bonbury Lane Orland Park, IL 60462  Cook County**<br>Line from *Schedule A/B*: **1.1** | $120,000.00 | ☑ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **14053 Bonbury Lane Orland Park, IL 60462  Cook County**<br>Line from *Schedule A/B*: **1.1** | $120,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-122** |
| **2002 GMC Yukon 207000 miles**<br>Line from *Schedule A/B*: **3.1** | $2,200.00 | ☑ $2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **2 bedroom sets, desk, dining room set, 3 couches, 4 cocktail tables, recliner, 55" television, 27" television, 1 kitchen set, curio cabinet, kitchenware (most between 20 and 30 years old), ordinary kitchen and laundry appliances.**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1    **William M O'Donnell**                                        Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **ordinary clothing for one.**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| **wedding band**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **checking account at Republic Bank ending in 0129**<br>Line from *Schedule A/B*: **17.1** | $34.77 | ■ $34.77<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **checking account at Republic Bank ending in 0127**<br>Line from *Schedule A/B*: **17.2** | $0.25 | ■ $0.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **checking account at First Personal Bank ending in 4543**<br>Line from *Schedule A/B*: **17.3** | $118.31 | ■ $118.31<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **MetLife policy ending in 98UM. Death benefit is $100,000. Beneficiary is spouse**<br>**Beneficiary: Mary O'Donnell**<br>Line from *Schedule A/B*: **31.1** | $14,876.13 | ■ $14,876.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f)** |
| **MetLife policy ending in 16UM having a death benefit of $150,000. Beneficiary is spouse.**<br>**Beneficiary: Mary O'Donnell**<br>Line from *Schedule A/B*: **31.2** | $19,625.29 | ■ $19,625.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f)** |
| **MetLife term policy ending in 13ET having a death benefit of $250,000. Beneficiary is spouse.**<br>**Beneficiary: Mary O'Donnell**<br>Line from *Schedule A/B*: **31.3** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f)** |
| **9 whole life policies with Prudential. Seven have face value of $5,000. One has face value of 10,000, and one has face value of $3,000. Spouse is beneficiary of each policy. Market value below is aggregate cash value for the nine policies.**<br>**Beneficiary: M**<br>Line from *Schedule A/B*: **31.4** | $30,787.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **William M O'Donnell**                                        Case number (if known)

3.  **Are you claiming a homestead exemption of more than $155,675?**
    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐  No

   ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| | | | | |

| 2.1 | **Citimortgage** | | $10,689.00 | $49,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2805 Cochrane Street Delavan, WI rental income just covers mortgage, taxes and expenses for the property, with no net income**

**PO 688950**
**Des Moines, IA 50368**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number    **4724**

| 2.2 | **Ditech** | | $176,452.00 | $240,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**14053 Bonbury Lane Orland Park, IL 60462  Cook County**

**PO Box 6172**
**Rapid City, SD 57709-6172**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **first mortgage**

Date debt was incurred _____        Last 4 digits of account number    **9104**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **William M O'Donnell**                          Case number (if know) _____

First Name          Middle Name          Last Name

---

| 2.3 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $71,962.56 | $105,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> **8153 S. Kenneth Avenue Chicago, IL 60652  Cook County**
> **2 bedroom 1 bath ranch built in 1954**
> **rental income just covers property mortgage, taxes and expenses.**

**PO Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **first mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $259,103.56 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $259,103.56 |

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address

   **-NONE-**                                     On which line in Part 1 did you enter the creditor? _____

                                                  Last 4 digits of account number _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **ABC SUPPLY COMPANY** | Last 4 digits of account number ___ ___ ___ ___ | $4,614.42 |
|---|---|---|---|

Nonpriority Creditor's Name

**12601 S. SPRINGFIELD**
**Alsip, IL 60803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

Debtor 1    **William M O'Donnell** _____    Case number (if know) _____

| | | |
|---|---|---|
| **4.2** | **ACTION MOBILE** | **$796.11** |

Nonpriority Creditor's Name

**44W300 IL ROUTE 64**
**Maple Park, IL 60151**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.3** | **ADDISON BUILDING MATERIALS** | **$1,599.75** |

Nonpriority Creditor's Name

**3201 S. BUSSE RD**
**Arlington Heights, IL 60005**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.4** | **ADP, LLC** | **$61.10** |

Nonpriority Creditor's Name

**1851 N. RESLER DRIVE**
**El Paso, TX 79912**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **American Building of Chicago, Inc.**

Debtor 1   **William M O'Donnell** _____   Case number (if know) _____

---

| 4.5 | **ADVOCATE HEALTH CARE** | | $1,235.00 |

Nonpriority Creditor's Name

**PO Box 4256**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical**

---

| 4.6 | **AMERICAN AIR MECHANICAL SERVICES, INC** | | $745.14 |

Nonpriority Creditor's Name

**PO BOX 5905**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.7 | **AMERICAN BUILDINGS** | | $47.50 |

Nonpriority Creditor's Name

**A Nucor Company**
**1150 State Docks Road**
**Eufaula, AL 36027**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **William M O'Donnell** _____    Case number (if know) _____

---

| | | |
|---|---|---|
| **4.8** | **ASSOCIATED DESIGN** | Last 4 digits of account number ____ ____ ____ ____    **$133.44** |

Nonpriority Creditor's Name
**11160 SOUTHWEST HIGHWAY**
**Palos Hills, IL 60465**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.9** | **AT & T** | Last 4 digits of account number ____ ____ ____ ____    **$462.70** |

Nonpriority Creditor's Name
**PO BOX 5093**
**Carol Stream, IL 60197**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.10** | **B & Z HEATING & AIR CONDITIONING, INC.** | Last 4 digits of account number ____ ____ ____ ____    **$1,340.00** |

Nonpriority Creditor's Name
**15327 S. 70TH COURT**
**Orland Park, IL 60412**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell**

Case number (if know) _____

---

| 4.11 | **BARKER LUMBER** | Last 4 digits of account number ___ ___ ___ ___ | **$5,136.64** |

Nonpriority Creditor's Name

**327 S. 7TH STREET**
**Delavin, WI 53115**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.12 | **BRANDENBURG** | Last 4 digits of account number ___ ___ ___ ___ | **$66,200.00** |

Nonpriority Creditor's Name

**2625 S. LOOMIS STREET**
**Chicago, IL 60608**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.13 | **BUTTREY RENTAL SERVICE** | Last 4 digits of account number ___ ___ ___ ___ | **$569.60** |

Nonpriority Creditor's Name

**216 W. OGDEN AVE**
**Westmont, IL 60559**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell** _____   Case number (if know) _____

| 4.14 | **CALVARY PORTFOLIO SERVICES, LLC** | Last 4 digits of account number _____ | $4,449.39 |

Nonpriority Creditor's Name
**1990 E. ALGONQUIN RD, #180**
**Schaumburg, IL 60173**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.15 | **CAN CAPITAL** | Last 4 digits of account number _____ | $38,600.00 |

Nonpriority Creditor's Name
**156 NORTH 400 WEST, #300**
**Suite 600**
**Salt Lake City, UT 84103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.16 | **CASH CALL** | Last 4 digits of account number _____ | $58,289.91 |

Nonpriority Creditor's Name
**1 CITY BOUEVARD WEST, #1000**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

Debtor 1    **William M O'Donnell** _____    Case number (if know) _____

---

| | | |
|---|---|---|
| **4.17** | **CITY OF BURBANK** | **Last 4 digits of account number** _____ **$200.00** |

Nonpriority Creditor's Name
**PO BOX 7736**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.18** | **CITY OF CHICAGO** | **Last 4 digits of account number** _____ **$100.00** |

Nonpriority Creditor's Name
**PO BOX 88292**
**Chicago, IL 60680**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| **4.19** | **CITY OF CHICAGO DEPT. OF FINANCE** | **Last 4 digits of account number** _____ **$100.00** |

Nonpriority Creditor's Name
**PO BOX 88292**
**Chicago, IL 60680**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1  **William M O'Donnell** _____

Case number (if know) _____

---

| 4.20 | **CITY OF HOMETOWN** | | | $270.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3348 RIDGE ROAD**
**Lansing, IL 60438**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.21 | **CITY OF HOMETOWN** | | | $200.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 7643**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.22 | **COMCAST** | | | $195.49 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 3001**
**Southeastern, PA 19398**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell** _____   Case number (if know) _____

---

| 4.23 | **COMED** | Last 4 digits of account number _____ | $36.72 |

Nonpriority Creditor's Name
**PO BOX 6111**
**Carol Stream, IL 60197**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.** _____

---

| 4.24 | **CONTINENTAL ELECTRICAL CONST.CO** | Last 4 digits of account number _____ | $1,056.00 |

Nonpriority Creditor's Name
**815 COMMERCE DRIVE, #100**
**Oak Brook, IL 60523**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.** _____

---

| 4.25 | **COOK COUNTY STATE'S ATTNORNEY** | Last 4 digits of account number _____ | $531.86 |

Nonpriority Creditor's Name
**Restitution Dept**
**PO BOX A3984**
**Chicago, IL 60690**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **American Building of Chicago, Inc.** _____

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **William M O'Donnell**

Case number *(if know)*

| 4.26 | **CREDIT ONE BANK - CREDIT CARD** | | **$2,200.00** |

Nonpriority Creditor's Name
**PO BOX 60500**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.27 | **DISPOSAL WASTE SERVICES** | | **$1,139.50** |

Nonpriority Creditor's Name
**5817 W. OGDEN AVE.**
**Cicero, IL 60804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.28 | **ECONOMY DISPOSAL** | | **$1,000.00** |

Nonpriority Creditor's Name
**5400 S. LAWNDALE**
**McCook, IL 60525**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

Debtor 1   **William M O'Donnell** _____   Case number (if know) _____

| | | |
|---|---|---|
| 4.29 | **FAIRBORN** | Last 4 digits of account number _____ _____ $1,200.00 |

Nonpriority Creditor's Name
**10 N Martingale Rd # 400**
**Schaumburg, IL 60173**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| 4.30 | **Felipe Arenas** | Last 4 digits of account number _____ _____ $1,745.00 |

Nonpriority Creditor's Name
**1432 S 15th**
**Milwaukee, WI 53204**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **independent contractor dispute**

---

| | | |
|---|---|---|
| 4.31 | **FIRE PROTECTION COMPANY** | Last 4 digits of account number _____ _____ $1,774.00 |

Nonpriority Creditor's Name
**12829 S. RIDGEWAY**
**Alsip, IL 60803**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

Debtor 1   **William M O'Donnell**

Case number *(if know)*

---

| 4.32 | **FOUR LAKES PEST CONTROL** | Last 4 digits of account number | $180.00 |

Nonpriority Creditor's Name

**W659 ROME OAK HILL ROAD**
**Palmyra, WI 53156**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.33 | **Franc Tivadar, LP** | Last 4 digits of account number | $995,000.00 |

Nonpriority Creditor's Name

**7800 Sugarbush Ln**
**Willowbrook, IL 60527**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **American Building debt**

---

| 4.34 | **GREENSCAPE TREE & TURF PROFESSIONALS** | Last 4 digits of account number | $462.00 |

Nonpriority Creditor's Name

**PO BOX 164**
**Steger, IL 60475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell**

---

| 4.35 | **GROOT** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 92257**
**Elk Grove Village, IL 60009**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $149.77

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.36 | **JACKS RENTAL** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**6638-42 W. 26TH STREET**
**Berwyn, IL 60402**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $625.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.37 | **KEITHS CARTAGE** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**11654 Archer Avenue**
**Lemont, IL 60439**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $19,600.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell**

Case number *(if know)*

---

| 4.38 | **LIFT WORKS, INC.** | | Last 4 digits of account number | | $995.00 |

Nonpriority Creditor's Name

**600 INDUSTRIAL DRIVE**
**St. Charles, IL 60174**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.39 | **LINEBARGER GOGGAN BLAIR &** **SAMPSON, LLP** | | Last 4 digits of account number | | $146.40 |

Nonpriority Creditor's Name

**PO BOX 06152**
**Chicago, IL 60606**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.40 | **MUNICIPAL COLLECTIONS** **SERVICES -TICKET #** | | Last 4 digits of account number | | $200.00 |

Nonpriority Creditor's Name

**PO BOX 327**
**Palos Heights, IL 60463**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell** _____    Case number (if know) _____

---

| 4.41 | **NICOR GAS** | Last 4 digits of account number _____ | **$30.30** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 5407**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.42 | **OIU OIU ENTERPRISES** | Last 4 digits of account number _____ | **$242.86** |
|---|---|---|---|

Nonpriority Creditor's Name
**3901 W. 13RD STR.**
**Markham, IL 60428**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.43 | **OLSON INSURANCE GROUP** | Last 4 digits of account number _____ | **$100.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3901 WEST 95TH STREET**
**Evergreen Park, IL 60805**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell**

Case number (if know)

---

| 4.44 | **OZINGA** | | Last 4 digits of account number | | $31,816.74 |

Nonpriority Creditor's Name

**12660 S. LARAMIE**
**Alsip, IL 60803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.45 | **PEKIN INSURANCE** | | Last 4 digits of account number | | $1,500.00 |

Nonpriority Creditor's Name

**2505 COURT STREET**
**Pekin, IL**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.46 | **QUERREY & HARROW** | | Last 4 digits of account number | | $42,080.99 |

Nonpriority Creditor's Name

**175 W. JACKSON BLVD., #1600**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell**

Case number (if know)

---

| 4.47 | **RENT RITE: EQUIPMENT DIVISION** | Last 4 digits of account number | $339.24 |

Nonpriority Creditor's Name

**1260 E. HIGGINS ROAD**
**Elk Grove Village, IL 60007**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.48 | **RENTAL MAX** | Last 4 digits of account number | $11,518.00 |

Nonpriority Creditor's Name

**908 E. ROOSEVELT RD., #2**
**Wheaton, IL 60187**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.49 | **REPORTER NEWSPAPER** | Last 4 digits of account number | $156.72 |

Nonpriority Creditor's Name

**12247 S. HARLEM AVE**
**Palos Heights, IL 60463**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell** _____    Case number (if know)_____

---

| 4.50 | **SCANNELL & ASSOCIATES** | **Last 4 digits of account number** _____ | **$8,390.86** |

Nonpriority Creditor's Name

**9901 S. WESTERN AVE., #100**
**Chicago, IL 60643**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.51 | **SHAVITZ HEATING & COOLING** | **Last 4 digits of account number** _____ | **$9,734.20** |

Nonpriority Creditor's Name

**4849 MAIN STREET**
**Skokie, IL 60077**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

| 4.52 | **SOUTHWEST REGIONAL PUBLISHING, LLC** | **Last 4 digits of account number** _____ | **$156.72** |

Nonpriority Creditor's Name

**12243 S. HARLEM**
**Palos Heights, IL 60463**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell** _____    Case number (if know) _____

---

| 4.53 | **SPRINGER BLUE PRINT** | Last 4 digits of account number _____ _____ | $786.00 |

Nonpriority Creditor's Name
**10640 S. WESTERN**
**Chicago, IL 60643**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.54 | **STEVEN F. SOLTES, MD** | Last 4 digits of account number _____ _____ | $650.00 |

Nonpriority Creditor's Name
**4400 W 95th Street**
**Suite 304**
**Oak Lawn, IL 60453**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **medical**

---

| 4.55 | **SYNTER RESOURCE GROUP** | Last 4 digits of account number _____ _____ | $36.15 |

Nonpriority Creditor's Name
**5935 RIVERS AVE., STE 102**
**Charelston, SC 24906**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1    **William M O'Donnell**                                         Case number *(if know)*

| | | |
|---|---|---|
| 4.56 | **TESTING SERVICE CORPORATION** | Last 4 digits of account number _____ | **$400.00** |

Nonpriority Creditor's Name

**360 SOUTH MAIN PLACE**
**Carol Stream, IL 60188**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| 4.57 | **THOMPSON RENTAL** | Last 4 digits of account number _____ | **$8,496.14** |

Nonpriority Creditor's Name

**215 W. IRVING PARK RD.**
**Bensenville, IL 60106**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

| | | |
|---|---|---|
| 4.58 | **TICHY** | Last 4 digits of account number _____ | **$7,500.00** |

Nonpriority Creditor's Name

**16419 WEST 140TH PLACE**
**Lockport, IL**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell**

Case number (if know) _____

| 4.59 | **TR COMMUNICATIONS, INC.** | Last 4 digits of account number _____ | $635.00 |

Nonpriority Creditor's Name
**10546 S. WESTERN AVE**
**Chicago, IL 60643**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.60 | **TZ DESIGN** | Last 4 digits of account number _____ | $360.00 |

Nonpriority Creditor's Name
**7836 CATALPA**
**Woodridge, IL 60517**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

| 4.61 | **UNITED RENTALS** | Last 4 digits of account number _____ | $28,943.91 |

Nonpriority Creditor's Name
**6125 LAKEVIEW ROAD, #300**
**Charlotte, NC 28269**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell**

Case number (if know)

---

| 4.62 | **VCNA Prairie Materials** | | **Last 4 digits of account number** | | | **$14,935.26** |

Nonpriority Creditor's Name

**799 S Rohlwing Road**
**Addison, IL 60101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Builders debt**

---

| 4.63 | **VICTOR LASKO** | | **Last 4 digits of account number** | | | **$25,651.00** |

Nonpriority Creditor's Name

**4625 W 99th Place**
**Oak Lawn, IL 60453**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **business debt**

---

| 4.64 | **VILLAGE OF OAK LAWN** | | **Last 4 digits of account number** | | | **$75.00** |

Nonpriority Creditor's Name

**9446 S. RAYMOND AVE**
**Oak Lawn, IL 60453**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **American Building of Chicago, Inc.**

---

Debtor 1   **William M O'Donnell**

Case number (if know)

---

| 4.65 | **VILLAGE OF OAK LAWN** | Last 4 digits of account number | | $75.00 |

Nonpriority Creditor's Name

**9446 S. RAYMOND AVE**
**Oak Lawn, IL 60453**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   American Building of Chicago, Inc.

---

| 4.66 | **WIGBOLDY MATERIALS, INC.** | Last 4 digits of account number | | $1,885.80 |

Nonpriority Creditor's Name

**13631 SOUTH KOSTNER AVE.**
**Crestwood, IL 60445**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   American Building of Chicago, Inc.

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Caine & Weiner**<br>**1699 East Woodfield Road**<br>**Suite 360**<br>**Schaumburg, IL 60173** | Line **4.62** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          1026 |
| **Hinshaw & Culbertson, LLP**<br>**222 N. LaSalle Street**<br>**Suite 300**<br>**Chicago, IL 60601** | Line **4.44** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Holland & Knight, LLP**<br>**131 S. Dearborn Street**<br>**Chicago, IL 60603** | Line **4.37** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **John Arguodelis**<br>**15133 IL-59**<br>**Plainfield, IL 60544** | Line **4.33** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **William M O'Donnell**                                                                                   Case number (if know)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rifkind Patrick LLC**<br>**225 W Washington**<br>**Suite 2200**<br>**Chicago, IL 60606** | Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schinder & Joyce**<br>**1990 E. Algonquin Road**<br>**Suite 180**<br>**Schaumburg, IL 60173** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **State of Wisconsin**<br>**Equal Rights Division**<br>**819 N. 6th Street**<br>**Milwaukee, WI 53203** | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

### Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,409,883.33 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 1,409,883.33 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Bonnie J. Dowling**<br>**2805 Cochrane St.**<br>**Delavan, WI 53115** | **residential lease - rent is $690 per month.** |
| 2.2 | **Isaac Martinez**<br>**8153 S. Kenneth Avenue**<br>**Chicago, IL 60652** | **lease of rental real estate. Rent is $1,000 per month** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1    **American Building of Chicago, Inc.**<br>5535 West 100 Street<br>Suite 2<br>Oak Lawn, IL 60453 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.1**___<br>☐ Schedule G<br>**ABC SUPPLY COMPANY** |
| 3.2    **American Building of Chicago, Inc.**<br>5535 West 100 Street<br>Suite 2<br>Oak Lawn, IL 60453 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.2**___<br>☐ Schedule G<br>**ACTION MOBILE** |
| 3.3    **American Building of Chicago, Inc.**<br>5535 West 100 Street<br>Suite 2<br>Oak Lawn, IL 60453 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.3**___<br>☐ Schedule G<br>**ADDISON BUILDING MATERIALS** |

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**ADP, LLC** |
| 3.5 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**AMERICAN AIR MECHANICAL SERVICES,**<br>**INC** |
| 3.6 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**AMERICAN BUILDINGS** |
| 3.7 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**ASSOCIATED DESIGN** |
| 3.8 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**AT & T** |
| 3.9 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**B & Z HEATING & AIR CONDITIONING, INC.** |
| 3.10 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**BARKER LUMBER** |

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.11  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**BRANDENBURG**

---

3.12  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**BUTTREY RENTAL SERVICE**

---

3.13  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**CALVARY PORTFOLIO SERVICES, LLC**

---

3.14  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**CAN CAPITAL**

---

3.15  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**CASH CALL**

---

3.16  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**CITY OF BURBANK**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.18**
☐ Schedule G _____
**CITY OF CHICAGO**

3.18  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.19**
☐ Schedule G _____
**CITY OF CHICAGO DEPT. OF FINANCE**

3.19  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.20**
☐ Schedule G _____
**CITY OF HOMETOWN**

3.20  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.21**
☐ Schedule G _____
**CITY OF HOMETOWN**

3.21  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.22**
☐ Schedule G _____
**COMCAST**

3.22  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.23**
☐ Schedule G _____
**COMED**

3.23  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.24**
☐ Schedule G _____
**CONTINENTAL ELECTRICAL CONST.CO**

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* |
|---|---|---|

█ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.24   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.25____
☐ Schedule G _____
**COOK COUNTY STATE'S ATTNORNEY**

---

3.25   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.26____
☐ Schedule G _____
**CREDIT ONE BANK - CREDIT CARD**

---

3.26   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.27____
☐ Schedule G _____
**DISPOSAL WASTE SERVICES**

---

3.27   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.28____
☐ Schedule G _____
**ECONOMY DISPOSAL**

---

3.28   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.29____
☐ Schedule G _____
**FAIRBORN**

---

3.29   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.31____
☐ Schedule G _____
**FIRE PROTECTION COMPANY**

---

Debtor 1  **William M O'Donnell**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.30  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.32**__
☐ Schedule G _____
**FOUR LAKES PEST CONTROL**

---

3.31  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**GREENSCAPE TREE & TURF**
**PROFESSIONALS**

---

3.32  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**GROOT**

---

3.33  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.36**__
☐ Schedule G _____
**JACKS RENTAL**

---

3.34  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.37**__
☐ Schedule G _____
**KEITHS CARTAGE**

---

3.35  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.38**__
☐ Schedule G _____
**LIFT WORKS, INC.**

---

3.36  **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**LINEBARGER GOGGAN BLAIR & SAMPSON,**
**LLP**

---

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* |
|---|---|---|

---

| ▮ **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.37 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.40**___<br>☐ Schedule G _____<br>**MUNICIPAL COLLECTIONS SERVICES -TICKET #** |
|---|---|---|
| 3.38 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.41**___<br>☐ Schedule G _____<br>**NICOR GAS** |
| 3.39 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.42**___<br>☐ Schedule G _____<br>**OIU OIU ENTERPRISES** |
| 3.40 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**OLSON INSURANCE GROUP** |
| 3.41 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.44**___<br>☐ Schedule G _____<br>**OZINGA** |
| 3.42 | **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**PEKIN INSURANCE** |

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.43  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.46**
☐ Schedule G _____
**QUERREY & HARROW**

3.44  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.47**
☐ Schedule G _____
**RENT RITE: EQUIPMENT DIVISION**

3.45  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.48**
☐ Schedule G _____
**RENTAL MAX**

3.46  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.49**
☐ Schedule G _____
**REPORTER NEWSPAPER**

3.47  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.50**
☐ Schedule G _____
**SCANNELL & ASSOCIATES**

3.48  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.51**
☐ Schedule G _____
**SHAVITZ HEATING & COOLING**

3.49  **American Building of Chicago, Inc.**
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

☐ Schedule D, line _____
■ Schedule E/F, line   **4.52**
☐ Schedule G _____
**SOUTHWEST REGIONAL PUBLISHING, LLC**

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.50   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.53**
☐ Schedule G _____
**SPRINGER BLUE PRINT**

3.51   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.55**
☐ Schedule G _____
**SYNTER RESOURCE GROUP**

3.52   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G _____
**TESTING SERVICE CORPORATION**

3.53   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.57**
☐ Schedule G _____
**THOMPSON RENTAL**

3.54   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.58**
☐ Schedule G _____
**TICHY**

3.55   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.59**
☐ Schedule G _____
**TR COMMUNICATIONS, INC.**

Debtor 1   **William M O'Donnell**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.56   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.60**
☐ Schedule G _____
**TZ DESIGN**

---

3.57   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.61**
☐ Schedule G _____
**UNITED RENTALS**

---

3.58   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.64**
☐ Schedule G _____
**VILLAGE OF OAK LAWN**

---

3.59   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.65**
☐ Schedule G _____
**VILLAGE OF OAK LAWN**

---

3.60   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.66**
☐ Schedule G _____
**WIGBOLDY MATERIALS, INC.**

---

3.61   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.63**
☐ Schedule G _____
**VICTOR LASKO**

---

3.62   **American Building of Chicago, Inc.**
**5535 West 100 Street**
**Suite 2**
**Oak Lawn, IL 60453**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.62**
☐ Schedule G _____
**VCNA Prairie Materials**

---

Debtor 1   **William M O'Donnell**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.63   **Mary O'Donnell**
       **14053 Bonbury Lane**
       **Orland Park, IL 60462**

■ Schedule D, line ___**2.3**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Home Mortgage**

3.64   **Mary O'Donnell**
       **14053 Bonbury Lane**
       **Orland Park, IL 60462**

■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Citimortgage**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | construction | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $  0.00 | $  0.00 |
| 3. | Estimate and list monthly overtime pay. | 3.  +$  0.00 | +$  0.00 |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4.  $  0.00 | $  0.00 |

Debtor 1   **William M O'Donnell**                                         Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................... | 4. | $          0.00 | $          0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $          0.00 | $          0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $          0.00 | $          0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $          0.00 | $          0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $          0.00 | $          0.00 |
| 5e. | Insurance | 5e. | $          0.00 | $          0.00 |
| 5f. | Domestic support obligations | 5f. | $          0.00 | $          0.00 |
| 5g. | Union dues | 5g. | $          0.00 | $          0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $          0.00 + | $          0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $          0.00  $          0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $          0.00  $          0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $        314.00 | $          0.00 |
| 8b. | Interest and dividends | 8b. | $          0.00 | $          0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $          0.00 | $          0.00 |
| 8d. | Unemployment compensation | 8d. | $          0.00 | $        537.00 |
| 8e. | Social Security | 8e. | $          0.00 | $          0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $          0.00 | $          0.00 |
| 8g. | Pension or retirement income | 8g. | $          0.00 | $          0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $          0.00 + | $          0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $        314.00   $        537.00

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $        314.00  +  $        537.00  =  $        851.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$          0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.  $        851.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: |_____|

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

Do not list Debtor 1 and Debtor 2.     ■ Yes.  Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **21** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $                3,321.00

If not included in line 4:

4a.   Real estate taxes                                              4a.  $                0.00
4b.   Property, homeowner's, or renter's insurance                  4b.  $                0.00
4c.   Home maintenance, repair, and upkeep expenses                 4c.  $                50.00
4d.   Homeowner's association or condominium dues                   4d.  $                0.00
5.   **Additional mortgage payments for your residence,** such as home equity loans    5.  $                0.00

Debtor 1   **William M O'Donnell**                                          Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **219.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **195.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **205.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **0.00** |
| 10. | **Personal care products and services** | | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **250.00** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **420.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **college tuition and rent** | | 21. +$ | **1,042.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,602.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **6,602.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **851.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **6,602.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-5,751.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ William M O'Donnell** _____    X _____

   **William M O'Donnell**    Signature of Debtor 2

   Signature of Debtor 1

Date **January 25, 2016**    Date _____

**Fill in this information to identify your case:**

Debtor 1 _____ **William M O'Donnell** _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2015 )** | ☐ Wages, commissions, bonuses, tips | $39,987.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **William M O'Donnell** _____    Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $23,241.75 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year:**<br>(January 1 to December 31, 2013 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $55,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Debtor 1   **William M O'Donnell**      Case number *(if known)* _____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Victor Lasko v. William O'Donnell**<br>**2015-M1-126369** | **breach of contract** | **Circuit Court of Cook County, 1st Munici** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Calvary Portolio Services, LLC v. O'Donnell**<br>**13-M1-111920** | **breach of contract** | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Keith's Cartgage & Excavating v. American Building and Wm. O"Donnell**<br>**2015 CH 00540/14 L013088** | **breach of contract**<br>**Citation proceeding** | **Circuit Court of Cook County** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**judgment entered April 8, 2015** |
| **Ozinga v. American Building and William O'Donnell**<br>**14 AR 444** | **arbitration** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Felipe Arenas v. American Building et al.**<br>**20140042630/26G201401279C** | **employment case - Wisconsin Equal Rights Division** | **Hearing and Mediation Section**<br>**WI Dept. of Workforce Development** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Franc Tivadar, LP v. American Building,**<br>**2015 L 000339** | **breach of contract** | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

Debtor 1   **William M O'Donnell**                                              Case number *(if known)*  _____

accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Wheaton, IL 60187<br>American Building of Chicago, Inc. | Attorney Fees and filing fee | 10/22/15 | $2,335.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **William M O'Donnell** | Case number *(if known)* |
|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ **Yes. Fill in the details.**

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **First Personal Bank<br>14701 S. Ravinia Ave<br>Orland Park, IL 60462** | XXXX-3733 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | **Closed 8/17/15** | $10,292.34 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1   **William M O'Donnell**

Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    **William M O'Donnell** _____    Case number (*if known*) _____

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **American Building of Chicago, Inc.**<br>**5535 West 100 Street**<br>**Suite 2**<br>**Oak Lawn, IL 60453** | construction | EIN:<br><br>From-To   **11/1/2004 - 11/14/2015** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William M O'Donnell** _____    _____
**William M O'Donnell**    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **January 25, 2016** _____    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William M O'Donnell** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Citimortgage** <br><br> Description of property securing debt: **2805 Cochrane Street Delavan, WI rental income just covers mortgage, taxes and expenses for the property, with no net income** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **Ditech** <br><br> Description of property securing debt: **14053 Bonbury Lane Orland Park, IL 60462  Cook County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Wells Fargo Home Mortgage** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a | ■ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | **William M O'Donnell** | | Case number *(if known)* | |

| | | |
|---|---|---|
| Description of property securing debt: | **8153 S. Kenneth Avenue Chicago, IL 60652  Cook County 2 bedroom 1 bath ranch built in 1954 rental income just covers property mortgage, taxes and expenses.** | *Reaffirmation Agreement.*  ☐ Retain the property and [explain]: |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ William M O'Donnell**                    X
   **William M O'Donnell**                          Signature of Debtor 2
   Signature of Debtor 1

Date    **January 25, 2016**                        Date

---

Official Form 108             **Statement of Intention for Individuals Filing Under Chapter 7**             page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.**
> *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William M O'Donnell** _____   Case No. _____
                                                    Debtor(s)        Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   $____**335.00**____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor       ■ Other (specify):   **American Building of Chicago, Inc.**

4.   The source of compensation to be paid to me is:

■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 25, 2016**_____
*Date*

**/s/ David R. Brown**
**David R. Brown**
*Signature of Attorney*
**Springer Brown, LLC**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**
**www.springerbrown.com**
*Name of law firm*

---

**Springer Brown, LLC**
**Personal Chapter 7**
**Advance Retainer Agreement**

William O'Donnell, the undersigned, ("Client"), agrees to employ Springer Brown, LLC, ("Attorney,") to render legal services in connection with filing a Chapter 7 bankruptcy for Client, and hereby empowers and authorizes Attorney to do all things, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $2,000.00 for the services set forth below. In addition, Client agrees to pay all costs, including the filing fee for the bankruptcy ($335.00).

## RETAINER

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay Attorney shall be deposited in the Springer Brown, LLC. General Operating Account and ownership of said funds shall pass to Springer Brown, LLC immediately upon payment. The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent him against creditors. Client understands that it is advantageous to treat this retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors.

Alternatively, as our client, it is your option to have your money placed into a security retainer. If this retainer were treated as a security retainer said funds would remain the property of Client and therefore subject to the claims of the Client's creditors. The choice of the type of retainer to be used is yours alone.

Client agrees that should Client decide not to file bankruptcy or not to continue using Attorney's services, Attorney may charge against the retainer the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred.

## SCOPE OF REPRESENTATION

**Basic Services**: It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; counseling as to various types of bankruptcy chapters; available exemptions; effect of reaffirmations of debts, redemption, avoiding liens and surrendering property; complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, responding to requests for additional information, enforcement of the Automatic Stay, and closing the file.

**Additional Services**: Client acknowledges that additional attorney's fees will be required should additional representation become necessary, including, but not limited to, any Bankruptcy Rule

2004 examinations, any adversary proceedings, objections to discharge, objections to claims of exemption, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.

## CLIENT OBLIGATIONS

Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file, Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

## ADDITIONAL PROVISIONS

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving credit reporting or information.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel. **All representation of Client by Attorney shall be terminated by the closing of Client's bankruptcy case.**

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

This constitutes the entire agreement between the Attorney and Client regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

*Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.*

### Special Financial Management Course Notice

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received the Certificate in time to file it, then the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $300.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced fees and costs are paid.

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Dated: _OCT. 15, 2015_

_____        _____
Client                          Client

_____
Springer Brown, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William M O'Donnell**                                    Case No.
                                    _____
                                    Debtor(s)              Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____**142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January 25, 2016**                    **/s/ William M O'Donnell**
_____                    _____
                                    **William M O'Donnell**
                                    Signature of Debtor

ABC SUPPLY COMPANY
12601 S. SPRINGFIELD
Alsip, IL 60803


ACTION MOBILE
44W300 IL ROUTE 64
Maple Park, IL 60151


ADDISON BUILDING MATERIALS
3201 S. BUSSE RD
Arlington Heights, IL 60005


ADP, LLC
1851 N. RESLER DRIVE
El Paso, TX 79912


ADVOCATE HEALTH CARE
PO Box 4256
Carol Stream, IL 60197


AMERICAN AIR MECHANICAL SERVICES, INC
PO BOX 5905
Carol Stream, IL 60197


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453

American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


American Building of Chicago, Inc.
5535 West 100 Street
Suite 2
Oak Lawn, IL 60453


AMERICAN BUILDINGS
A Nucor Company
1150 State Docks Road
Eufaula, AL 36027


ASSOCIATED DESIGN
11160 SOUTHWEST HIGHWAY
Palos Hills, IL 60465


AT & T
PO BOX 5093
Carol Stream, IL 60197


B & Z HEATING & AIR CONDITIONING, INC.
15327 S. 70TH COURT
Orland Park, IL 60412


BARKER LUMBER
327 S. 7TH STREET
Delavin, WI 53115


Bonnie J. Dowling
2805 Cochrane St.
Delavan, WI 53115

BRANDENBURG
2625 S. LOOMIS STREET
Chicago, IL 60608


BUTTREY RENTAL SERVICE
216 W. OGDEN AVE
Westmont, IL 60559


Caine & Weiner
1699 East Woodfield Road
Suite 360
Schaumburg, IL 60173


CALVARY PORTFOLIO SERVICES, LLC
1990 E. ALGONQUIN RD, #180
Schaumburg, IL 60173


CAN CAPITAL
156 NORTH 400 WEST, #300
Suite 600
Salt Lake City, UT 84103


CASH CALL
1 CITY BOUEVARD WEST, #1000
Orange, CA 92868


Citimortgage
PO 688950
Des Moines, IA 50368


CITY OF BURBANK
PO BOX 7736
Carol Stream, IL 60197


CITY OF CHICAGO
PO BOX 88292
Chicago, IL 60680


CITY OF CHICAGO DEPT. OF FINANCE
PO BOX 88292
Chicago, IL 60680


CITY OF HOMETOWN
3348 RIDGE ROAD
Lansing, IL 60438

CITY OF HOMETOWN
PO BOX 7643
Carol Stream, IL 60197


COMCAST
PO BOX 3001
Southeastern, PA 19398


COMED
PO BOX 6111
Carol Stream, IL 60197


CONTINENTAL ELECTRICAL CONST.CO
815 COMMERCE DRIVE, #100
Oak Brook, IL 60523


COOK COUNTY STATE'S ATTNORNEY
Restitution Dept
PO BOX A3984
Chicago, IL 60690


CREDIT ONE BANK - CREDIT CARD
PO BOX 60500
City of Industry, CA 91716


DISPOSAL WASTE SERVICES
5817 W. OGDEN AVE.
Cicero, IL 60804


Ditech
PO Box 6172
Rapid City, SD 57709-6172


ECONOMY DISPOSAL
5400 S. LAWNDALE
McCook, IL 60525


FAIRBORN
10 N Martingale Rd # 400
Schaumburg, IL 60173


Felipe Arenas
1432 S 15th
Milwaukee, WI 53204

FIRE PROTECTION COMPANY
12829 S. RIDGEWAY
Alsip, IL 60803


FOUR LAKES PEST CONTROL
W659 ROME OAK HILL ROAD
Palmyra, WI 53156


Franc Tivadar, LP
7800 Sugarbush Ln
Willowbrook, IL 60527


GREENSCAPE TREE & TURF PROFESSIONALS
PO BOX 164
Steger, IL 60475


GROOT
PO BOX 92257
Elk Grove Village, IL 60009


Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601


Holland & Knight, LLP
131 S. Dearborn Street
Chicago, IL 60603


Isaac Martinez
8153 S. Kenneth Avenue
Chicago, IL 60652


JACKS RENTAL
6638-42 W. 26TH STREET
Berwyn, IL 60402


John Arguodelis
15133 IL-59
Plainfield, IL 60544


KEITHS CARTAGE
11654 Archer Avenue
Lemont, IL 60439

```
LIFT WORKS, INC.
600 INDUSTRIAL DRIVE
St. Charles, IL 60174


LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 06152
Chicago, IL 60606


Mary O'Donnell
14053 Bonbury Lane
Orland Park, IL 60462


Mary O'Donnell
14053 Bonbury Lane
Orland Park, IL 60462


MUNICIPAL COLLECTIONS SERVICES -TICKET #
PO BOX 327
Palos Heights, IL 60463


NICOR GAS
PO BOX 5407
Carol Stream, IL 60197


OIU OIU ENTERPRISES
3901 W. 13RD STR.
Markham, IL 60428


OLSON INSURANCE GROUP
3901 WEST 95TH STREET
Evergreen Park, IL 60805


OZINGA
12660 S. LARAMIE
Alsip, IL 60803


PEKIN INSURANCE
2505 COURT STREET
Pekin, IL


QUERREY & HARROW
175 W. JACKSON BLVD., #1600
Chicago, IL 60604
```

RENT RITE: EQUIPMENT DIVISION
1260 E. HIGGINS ROAD
Elk Grove Village, IL 60007


RENTAL MAX
908 E. ROOSEVELT RD., #2
Wheaton, IL 60187


REPORTER NEWSPAPER
12247 S. HARLEM AVE
Palos Heights, IL 60463


Rifkind Patrick LLC
225 W Washington
Suite 2200
Chicago, IL 60606


SCANNELL & ASSOCIATES
9901 S. WESTERN AVE., #100
Chicago, IL 60643


Schinder & Joyce
1990 E. Algonquin Road
Suite 180
Schaumburg, IL 60173


SHAVITZ HEATING & COOLING
4849 MAIN STREET
Skokie, IL 60077


SOUTHWEST REGIONAL PUBLISHING, LLC
12243 S. HARLEM
Palos Heights, IL 60463


SPRINGER BLUE PRINT
10640 S. WESTERN
Chicago, IL 60643


State of Wisconsin
Equal Rights Division
819 N. 6th Street
Milwaukee, WI 53203

STEVEN F. SOLTES, MD
4400 W 95th Street
Suite 304
Oak Lawn, IL 60453


SYNTER RESOURCE GROUP
5935 RIVERS AVE., STE 102
Charelston, SC 24906


TESTING SERVICE CORPORATION
360 SOUTH MAIN PLACE
Carol Stream, IL 60188


THOMPSON RENTAL
215 W. IRVING PARK RD.
Bensenville, IL 60106


TICHY
16419 WEST 140TH PLACE
Lockport, IL


TR COMMUNICATIONS, INC.
10546 S. WESTERN AVE
Chicago, IL 60643


TZ DESIGN
7836 CATALPA
Woodridge, IL 60517


UNITED RENTALS
6125 LAKEVIEW ROAD, #300
Charlotte, NC 28269


VCNA Prairie Materials
799 S Rohlwing Road
Addison, IL 60101


VICTOR LASKO
4625 W 99th Place
Oak Lawn, IL 60453


VILLAGE OF OAK LAWN
9446 S. RAYMOND AVE
Oak Lawn, IL 60453

VILLAGE OF OAK LAWN
9446 S. RAYMOND AVE
Oak Lawn, IL 60453


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306


WIGBOLDY MATERIALS, INC.
13631 SOUTH KOSTNER AVE.
Crestwood, IL 60445